AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOHN TAD HINTON, #K0147 ) | |
| *Plaintiff* ) | |
| v.  ) | Civil Action No. 2:13-cv-100-KS-MTP |
| ) | |
| RONALD KING, et al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RONALD KING, Superintendent
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: _____09/03/2013_____   *R. McDonald, D.C.*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| JOHN TAD HINTON, #K0147 | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:13-cv-100-KS-MTP |
| RONALD KING, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THERESA SEABROOK, Warden
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: 09/03/2013

*D. McDonald, D.C.*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOHN TAD HINTON, #K0147 <br> *Plaintiff* <br> v. <br> RONALD KING, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 2:13-cv-100-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CAPTAIN EVRON
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date:   09/03/2013

D. McDonald, D.C.
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| JOHN TAD HINTON, #K0147 | ) | |
| _Plaintiff_ | ) ) | |
| v. | ) ) | Civil Action No. 2:13-cv-100-KS-MTP |
| RONALD KING, et al. | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  LT. DENISE BREWER
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
_CLERK OF COURT_

_D. McDonald, D.C._
_Signature of Clerk or Deputy Clerk_

Date: _____09/03/2013_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| JOHN TAD HINTON, #K0147 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:13-cv-100-KS-MTP |
| RONALD KING, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAPT. BREELAND
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: 09/03/2013

D. McDonald, D.C.
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| JOHN TAD HINTON, #K0147 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:13-cv-100-KS-MTP |
| RONALD KING, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAPTAIN BARNES
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: 09/03/2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| JOHN TAD HINTON, #K0147 | ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | Civil Action No. 2:13-cv-100-KS-MTP |
| RONALD KING, et al. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CORRECTIONAL OFFICER EDDIE WOLFE
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
*CLERK OF COURT*

Date: 09/03/2013

*D. McDonald, D.C.*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| JOHN TAD HINTON, #K0147 | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:13-cv-100-KS-MTP |
| RONALD KING, et al. | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CORRECTIONAL OFFICER TOMMY HEATHCOCK
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
*CLERK OF COURT*

Date:   09/03/2013

D. McDonald, D.C.
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | ) | |
|---|---|---|
| JOHN TAD HINTON, #K0147 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:13-cv-100-KS-MTP |
| | ) | |
| RONALD KING, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CORRECTIONAL OFFICER MRS. MOORE
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: 09/03/2013

*D. McDonald, D.C.*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| JOHN TAD HINTON, #K0147 | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:13-cv-100-KS-MTP |
| | ) ) | |
| RONALD KING, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MRS. THEOLA, Case Manager
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: 09/03/2013

*D. McDonald, D.C.*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| JOHN TAD HINTON, #K0147 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:13-cv-100-KS-MTP |
| RONALD KING, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MS. PENNY BUFKIN, CID
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN

*CLERK OF COURT*

Date:  09/03/2013

D. McDonald, D.C.

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| JOHN TAD HINTON, #K0147 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:13-cv-100-KS-MTP |
| RONALD KING, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARP ADMIN. JOSEPH COOLEY
South Mississippi Correctional Institution
22689 Highway 63 N
Leakesville, MS 39451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Tad Hinton, #K0147
S.M.C.I., Area 2
P.O. Box 1419
Leakesville, MS 39451

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
*CLERK OF COURT*

Date:  09/03/2013

*Signature of Clerk or Deputy Clerk*