IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN TAD HINTON                                                                           PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:13-CV-528-KS-MTP

RONALD KING, ET AL.                                                                    DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on July 1, 2015, after referral of the hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint is hereby **dismissed**, as to defendant Mrs. Theola only, WITHOUT prejudice.

SO ORDERED, this the 27th day of July, 2015.

                                          *s/Keith Starrett*
                                     UNITED STATES DISTRICT JUDGE